

**FILED**

United States District Court
Eastern District of California



FEB 0 2 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ PMN
DEPUTY CLERK

| AmGuard Insurance Company |

Plaintiff(s)

V.

| Broan-Nutone, LLC and Does 1-40, inclusive |

Defendant(s)

Case Number:  | 1:26-cv-00622-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Joseph L. McGlynn _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, AmGuard Insurance Company

On _____12/08/2005_____ (date), I was admitted to practice and presently in good standing in the
_____Commonwealth of Pennsylvania_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ✓ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____01/29/2026_____          Signature of Applicant: /s/ _____Joseph L. McGlynn_____

**Pro Hac Vice Attorney**

Applicant's Name: Joseph L. McGlynn

Law Firm Name: deLuca/Levine LLC

Address: 301 E Germantown Pike

Suite 300

City: East Norriton    State: PA    Zip: 19401

Phone Number w/Area Code: (215) 383-0081

City and State of Residence: Blue Bell, Pennsylvania

Primary E-mail Address: jmcglynn@delucalevine.com

Secondary E-mail Address: abianco@delucalevine.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alice Shapiro

Law Firm Name: Clerkin, Sinclair & Mahfouz, LLP

Address: 3333 Camino Del Rio South

Suite 120

City: San Diego    State: CA    Zip: 92180

Phone Number w/Area Code: (619) 308-6550    Bar # 320703

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/2/26

JUDGE, U.S. DISTRICT COURT



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

## *Joseph Leo McGlynn II, Esq.*

### DATE OF ADMISSION

### *December 8, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  January 21, 2026**

Darian Holland
Chief Clerk